IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                 **CASE NO.: 4:06-CR-074-SPM**

**JOHN SHEFFIELD,**

    **Defendant.**

_____/

### ORDER FINDING DEFENDANT INCOMPETENT

**PURSUANT TO** a motion for competence hearing filed by defense counsel in November of 2006, the Court ordered that Defendant undergo a psychological evaluation. The report, based on approximately thirteen hours of testing, concluded that Defendant has a mental illness which renders him incompetent to proceed to trial. Based on that report and the hearing held on March 19, 2007, the Court finds that Defendant is not competent to proceed to trial. A commitment under 18 U.S.C. § 4241(d) is required. United States v. Donofrio, 896 F.2d 1301 (11th Cir. 1990). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The trial scheduled for May 14, 2007 is canceled until further notice.

2.      Pursuant to 18 U.S.C. § 4241(d), the Attorney General shall hospitalize the Defendant for treatment in a suitable facility for a period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future the Defendant will attain the capacity to permit the trial to proceed.  Once the facility is designated and transportation by the United States Marshal is secured, the Defendant shall surrender to the United States Marshal in Tallahassee, Florida for transportation directly to the facility.  The statutory commitment period shall not commence until the day the Defendant arrives at the facility for treatment.  Until that time, the Defendant is in pretrial detention en route to that commitment.

3.      The Government shall keep the Court and the defendant's lawyer, Randolph Murrell, apprised of the status of the Defendant's designation to a facility, transportation, and treatment.

4.      The clerk is directed to provide a certified copy of this order to the United States Marshal's Office in Tallahassee, Florida.

**DONE AND ORDERED** this <u>nineteenth</u> day of March, 2007.

Stephan P. Mickle
United States District Judge