IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO.: 4:06-CR-074-SPM

JOHN SHEFFIELD,

    Defendant.

_____/

**ORDER EXTENDING DEFENDANT'S HOSPITALIZATION**

**THIS CAUSE** comes before the court on the Defendant's "Motion for a Limited Period of Continued Hospitalization" (doc. 29), filed on July 31, 2007.

On March 19, 2007, this Court ordered the hospitalization of Defendant Sheffield in order to determine the probability that he would become competent enough to stand trial.  The Defendant now requests continued hospitalization in order for him to complete his journey to full competency.  In accordance with 18 U.S.C. § 4241(d)(2), this Court finds that there is a substantial probability that within additional time at the Federal Medical Center in Butner, North Carolina, Defendant Sheffield will attain the capacity to participate in his proceedings.  The Government does not oppose this motion.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion (doc 29) is hereby *granted*.

2. Pursuant to 18 U.S.C. § 4241(d)(2), Defendant Sheffield's hospitalization shall continue for three (3) additional months or until his mental health team can reach a conclusion regarding his competency to stand trial.

**DONE AND ORDERED** this <u>second</u> day of August, 2007.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge