IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 4:06-CR-074-SPM

JOHN SHEFFIELD,

    Defendant.
_____/

### ORDER EXTENDING DEFENDANT'S HOSPITALIZATION

**THIS CAUSE** comes before the court on the Forensic Evaluation submitted to the Court by the Federal Bureau of Prisons Federal Medical Center on August 13, 2007. This report recommends that Defendant be committed to the Federal Medical Center for an additional four months in order for his mental treatment to continue. With this additional treatment, his doctors believe that there is a substantial probability that Defendant Sheffield will become competent to stand trial.

This Court agrees with the recommendation made by Sheffield's doctors. Based on this report and in accordance with 18 U.S.C. § 4241(d)(2), this Court finds that there is a substantial probability that with an additional four months at the Federal Medical Center in Butner, North Carolina, Defendant Sheffield will

attain the capacity to competently participate in his proceedings.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Sheffield's hospitalization and treatment at the Federal Medical Center shall continue for four (4) additional months.

2. On or before **December 15, 2007**, the Mental Health Department of the Federal Medical Center shall submit to this Court an updated report on the competency and psychiatric health of Defendant Sheffield.

3. The Clerk is directed to mail this order to:

   Federal Medical Center
   Kelly Forbes Stovall, HSS
   Mental Health Department
   1600 Old Oxford Highway
   Butner, NC 27565

**DONE AND ORDERED** this fourth day of September, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge