UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO.: 4:06-CR-074-SPM

JOHN SHEFFIELD,

    Defendant.

_____/

**ORDER DIRECTING RISK ASSESSMENT**

This cause comes on the Court's own motion. On January 31, 2008, the Court entered an Order Directing a Risk Assessment (doc. 35). The Court directed the authorities of the facility to perform the risk assessment and render a written report to the Court and the parties. The Court further ordered the Government to keep the Court and defense counsel apprised of the status of the examination. To date, the Court has not received any information concerning the assessment. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Government shall file a report on the status of Defendant's examination in GAINESVILLE, FLORIDA on or before Tuesday, July 2, 2008.

DONE AND ORDERED this twenty-third day of June, 2008.

                                                        *s/ Stephan P. Mickle*
                                                        Stephan P. Mickle
                                                        United States District Judge